UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHAVAL YOGESHKUMAR PANDYA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | No.  2:26-cv-00902-PA-RAO<br><br>ORDER GRANTING CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS TO MONDAY, JUNE 29, 2026 AT 1:30 PM. |

UPON CONSIDERATION of the parties first joint Stipulation seeking a Continuance of the Hearing on Defendants' Motion to Dismiss from its current date and time of Monday, June 22, 2026, at 1:30 pm, and finding good cause therefor,

IT IS HEREBY ORDERED that the parties shall appear for the Hearing on Defendants' Motion to Dismiss on Monday, June 29, 2026, at 1:30 pm, at Courtoom 9A, First Street U.S. Courthouse, Los Angeles, California.

IT IS FURTHER ORDERED that Plaintiffs' Memorandum in Opposition to

1

Defendants' Motion to Dismiss must be filed with the Court no later than Monday, June 8, 2026, and that Defendants' Reply must be filed with the Court no later than Monday, June 15, 2026.


IT IS SO ORDERED


Dated: May 29, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE